UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE LEE, <br><br> Plaintiff, <br><br> -against- <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | 25-CV-8172 (PAE) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

The Electronic Certified Administrative Record is due by **January 26, 2026**. Plaintiff's brief in support shall be filed by **February 24, 2026.** The Government's opposition shall be filed by **March 26, 2026.** Plaintiff's reply brief shall be filed by **April 9, 2026.**

DATED:  November 19, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge