UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicole Lee,<br><br>    Plaintiff,<br><br>  -against-<br><br>Commissioner of Social Security,<br><br>    Defendant. | 25-CV-08172 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I held a telephonic status conference in this matter on **April 20, 2026.** Plaintiff did not initially join the call, but my courtroom deputy clerk called Plaintiff, who then joined the call. As discussed at the conference:

1. Counsel for the SSA shall re-send the brief in opposition to Plaintiff's motion for judgment on the pleadings (ECF 16) by mail to Plaintiff's address, which Plaintiff confirmed remained accurate. Plaintiff said that she preferred that the brief be re-sent by mail rather than emailed.

2. Plaintiff shall have until **May 19, 2026** to mail a response to the SSA's opposition to her motion for judgment on the pleadings. She shall mail her response to the Pro Se Intake Unit at the following address:

   Daniel Patrick Moynihan Courthouse
   Pro Se Intake Unit
   500 Pearl Street, Room 205
   New York, NY 10007

3. If Plaintiff needs additional time to prepare and file her response to the SSA's opposition, she must send a letter asking for an extension of time to the address in point 2 above.

4.  Plaintiff may wish to consult with the independent Legal Assistance Clinic at (212) 382-4794 or by email at fedprosdny@nycbar.org. The Clinic may be able to provide a pro se party with advice in connection with his or her case. In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email or by mail at the address in point 2.

DATED:  April 21, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge