UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicole Lee,<br><br>            Plaintiff,<br><br>  -against-<br>Commissioner of Social Security,<br><br>            Defendant. | 25-CV-08172 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

     A telephonic conference is scheduled for **Friday, May 8, 2026 at 2:00 PM.** The pro se plaintiff and counsel for defendant should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442 then dial the access code with the pound key at the end: 359 745 989#.

DATED:  April 28, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge