UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicole Lee,<br><br>                    Plaintiff,<br><br>        -against-<br><br>Commissioner of Social Security,<br><br>                    Defendant. | |

25-CV-08172 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I scheduled a telephonic status conference in this matter for May 8, 2026. Plaintiff did not join the call; my courtroom deputy clerk called Plaintiff at a number that has worked in the past, but Plaintiff did not pick up. I wanted to confirm that Plaintiff has received the brief re-sent to Plaintiff by Counsel for the SSA (ECF 16). The telephonic status conference is rescheduled for **May 15, 2026 at 10:30 AM**. The parties are directed to join the conference at that time by dialing (646) 453-4442, access code 359 745 989#.

Plaintiff is reminded that her response to the SSA's argument that her case should be dismissed must be mailed to the Court by May 19, 2026. Plaintiff must mail her response to the Pro Se Intake Unit at the following address: Daniel Patrick Moynihan Courthouse Pro Se Intake Unit 500 Pearl Street, Room 205 New York, NY 10007. If Plaintiff needs additional time to prepare and file her response to the SSA's opposition, she must send a letter asking for an extension of time to the Pro Se Intake Unit.

As I have indicated previously, Plaintiff may wish to consult with the independent Legal Assistance Clinic at (212) 382-4794 or by email at fedprosdny@nycbar.org. The Clinic may be able to provide a pro se party with advice in connection with his or her case. In-person

appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday

through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely

Monday through Friday from 10:00 a.m. to 4:00 p.m. The Legal Assistance Clinic is run by a

private organization called the City Bar Justice Center. The Clinic is not part of or run by the

Court, and, among other things, therefore cannot accept filings on behalf of the Court, which

must still be made by any self-represented party through the Pro Se Intake Unit by email or by

mail at the address in paragraph two. SO ORDERED.

DATED:  May 8, 2026
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge