UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |
|---|
| Nicole Lee,<br><br>                    Plaintiff,<br><br>          -against-<br><br>Commissioner of Social Security,<br><br>                    Defendant. |

25-CV-08172 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference on May 15, 2026, Plaintiff's opposition to the government's request to dismiss her case is due by **May 21, 2026**. Her opposition must explain her reason for not attending the hearing on October 1, 2024. Ms. Lee was provided with the mailing instructions by my courtroom deputy while Ms. Lee was on the conference call.

Plaintiff must mail her response to the Pro Se Intake Unit at the following address: Daniel Patrick Moynihan Courthouse Pro Se Intake Unit 500 Pearl Street, Room 205 New York, NY 10007. If Plaintiff needs additional time to prepare and file her response to the SSA's opposition, she must send a letter asking for an extension of time to the Pro Se Intake Unit.

As I have indicated previously, Plaintiff may wish to consult with the independent Legal Assistance Clinic at (212) 382-4794 or by email at fedprosdny@nycbar.org. The Clinic may be able to provide a pro se party with advice in connection with his or her case. In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m. The Legal Assistance Clinic is run by a

private organization called the City Bar Justice Center. The Clinic is not part of or run by the

Court, and, among other things, therefore cannot accept filings on behalf of the Court, which

must still be made by any self-represented party through the Pro Se Intake Unit by email or by

mail at the address in paragraph two.

DATED:  May 15, 2026                          SO ORDERED.
        New York, NY

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge