UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE LEE,

                         Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.

25-CV-08172 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The deadline for the SSA to file its reply, if any, to Plaintiff's response (ECF 25) is **June 15, 2026**.

DATED:  June 1, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**