UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE LEE,

Plaintiff,

-v-

FRANK J. BISIGNANO,

Defendant.

25 Civ. 8172 (PAE) (RFT)

OPINION & ORDER

PAUL A. ENGELMAYER, District Judge:

Plaintiff Nicole Lee, proceeding *pro se*, seeks judicial review of a final determination by the Commissioner of the Social Security Administration (the "SSA"), denying her application for social security disability benefits under the Social Security Act, 42 U.S.C. § 405(g) (the "Act"). Dkt. 1. On October 2, 2025, plaintiff challenged Administrative Law Judge Mark Solomon's dismissal of her request for a hearing, which left in effect the Commissioner's September 7, 2023 decision upon reconsideration finding plaintiff not disabled and thus unentitled to disability insurance benefits and ineligible for supplemental security income under the Act. *See id.* The Commissioner treated this request as a motion for judgment on the pleadings in light of plaintiff's *pro se* status. Dkt. 29 at 4; *see also* Dkt. 16.

On September 23, 2026, the Honorable Robyn F. Tarnofsky, United States Magistrate Judge, issued a Report and Recommendation with respect to the request. Dkt. 29. The Report recommends that plaintiff's motion for judgment on the pleadings be denied and that ALJ Solomon's decision to dismiss plaintiff's request for a hearing be affirmed. *Id.* at 10. No party objected to the Report.

For the following reasons, the Court adopts the Report in full.

## DISCUSSION

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(l)(C). "To accept those portions of the report to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Ruiz v. Citibank, N.A.*, No. 10 Civ. 5950, 2014 WL 4635575, at *2 (S.D.N.Y. Aug. 19, 2014) (quoting *King v. Greiner*, No. 2 Civ. 5810, 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009)); *see also Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

As no party submitted objections to the Report, review for clear error is appropriate. Careful review of Judge Tarnofsky's thorough and well-reasoned Report reveals no facial error in its conclusions; the Report is therefore adopted in its entirety. The Report explicitly states that "failure to object within fourteen days will result in a waiver of objections and will preclude appellate review." Report at 11 (cleaned up). The parties' failure to object thus waived appellate review. *See Caidor v. Onondaga County*, 517 F.3d 601, 604 (2d Cir. 2008) (citing *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (per curiam)).

## CONCLUSION

For the above reasons, the Court accepts and adopts Judge Tarnofsky's Report in its entirety. The Court thus denies plaintiff's motion for judgment on the pleadings and affirms ALJ Solomon's decision to dismiss plaintiff's request for a hearing.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: November 17, 2026
New York, New York